■ TIMOTHY CULLIPHER, Respondent, v TRAFFIC MARKINGS, INC., Defendant, and MICHAEL E. NILES, II, Appellant. (Appeal No. 4.) [689 NYS2d 878] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Callahan, JJ.